

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-19-00096-CV

_____

SENTRY SELECT INSURANCE CO., AS SUBROGEE OF SULPHUR SPRINGS FORD
LINCOLN, INC. D/B/A BRIAN TOLIVER FORD LINCOLN, Appellant

V.

MCRIGHT-SMITH CONSTRUCTION, LLC, F/K/A IAM CONSTRUCTION, LLC, Appellee

On Appeal from the 62nd District Court
Hopkins County, Texas
Trial Court No. CV43564

Before Morriss, C.J., Burgess and Stevens, JJ.
Memorandum Opinion by Justice Burgess

## MEMORANDUM OPINION

The appellant has filed a motion with this Court seeking to voluntarily dismiss this appeal. Pursuant to Rule 42.1(a)(1) of the Texas Rules of Appellate Procedure, the motion is granted. *See* TEX. R. APP. P. 42.1(a)(1). Accordingly, we dismiss this appeal.

Ralph K. Burgess
Justice

Date Submitted:     January 13, 2020
Date Decided:       January 14, 2020